Damion Davis
ID#2103009
A#042-256-487
Pike County Correctional Facility
175 Pike County Blvd
Lords Valley, Pa. 18428

December 12, 2021

RE: The Assault that caused my injuries

To whom it may concern:

On December 2nd, 2021 at or around 10:25 pm. I was lock in cell six, which is located on G Unit. I had made an envelope out of printing paper, which I was going to send to my wife.

I called over Correction Officer Heise to pick up my mail off the cell bars. Before he took the letter I ask him if there was going to be a problem with the envelope that I made, he insured me that there was no problem.

Then Officer Rios came in to pick the mail pouch up from the Unit, just then me and a couple other inmate watched as Officer Heise slip my mail out of the mail pouch and placed it on his desk.

I waited for him to do his rounds before I stop him and ask him why he took my letter out of the bag. He told me that he did not take my mail out of the pouch; he said to me that my mail went down to central with the other mail. Just then, two of the inmates on the top tier said that he was lying; they said that it was laying on his desk; they told me that they also saw when he took it out of the mail pouch.

Right then the Unit phone rang, he answered it then came back with my letter, the same letter that he told that was sent down to central, was the same letter he took out the mail pouch and laid on his desk. He then gave me back my letter and told me that he was going to give me a verbal and a 24.

So I ask the Officer to call down and get me a white shirt, he told me [No]. Therefore, one of the inmate gave me the pike county handbook and another inmate told me to put a sheet up.

So four sergeants came to my cell to get me, it was after 10 pm so the whole Unit was already lock in for the night, I thought that they was going to just have a word with me to find out what the problem was, but that was not the case, they came down with the rover team.

They ask me to cuff up, which I did without any issue, then they brought me down to intake and told me to take my clothes off, I ask them why?

I ask them to tell me what was wrong. Then I ask to speak with an ICE Officer. They told me [No], sprayed me with O.C spray, slam me on the ground and then sprayed me again.

They then began to cut my clothes off me, 20 or 30 minutes went by before they decided to call for the nurse to wash the mace out of my eyes.

They then strapped me in the restraint chair, brought me into another cell then attached me to the bunk bed, called in the turtle Unit in to try to take me out of the chair after they put me in it.

-1-

Sergeant Wagonhoff started to choke me to the point that I am now spitting up blood, after he stop choking me it became had for me to breathed. That is when LT. Fagan told them to stop and leave the room.

After that event, I beg him to stop hurting me and to call ICE for me. I told him that I do not feel safe in this jail.

I ask him to call them and let them know what has happened to me, so they can remove me from this place before it goes too far and they kill me.

I ask him why was I pinned down, strapped to a chair and was strangle, why did I have to spit up blood over a made envelope, I also asked him why was sergeant forshea recording me while I was in the chair naked, I said to him that is a P.R.E.A.

Therefore, I would like to press criminal charges on Pike County Correctional Facility, LT. Fagan, Sgt. Linda Forshea and Sgt. Wagonhoff for assaulting me with O.C spray causing me to be blind in my left eye and for choking me until I started to spit up blood.

Sincerely Yours

[signature]